**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL TITUS**                                                                          **PLAINTIFF**
**ADC #168523**

**v.**                                    **No. 4:26-cv-00052-LPR-BBM**

**ARKANSAS, STATE OF,** *et al.*                                               **DEFENDANTS**

## ORDER

On January 15, 2026, Plaintiff Michael Titus, an inmate at the Omega Center of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  The Complaint was accompanied by a Motion for Leave to Proceed *in forma pauperis*.[2]  On January 20, 2026, the Court entered an Order denying the IFP Motion, finding that Mr. Titus was a three-striker and had not demonstrated his eligibility to proceed *in forma pauperis*.[3]  The Court further noted that the Complaint was unsigned and thus subject to being struck under Federal Rule of Civil Procedure 11(a).[4]  The Court gave Mr. Titus thirty days to pay the $405 filing fee and to sign a copy of the Complaint and return it to the Clerk.[5]  The Court warned Mr. Titus that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[6]

Mr. Titus has not complied with or otherwise responded to the Court's January 20, 2026 Order, and the time for doing so has expired.  Accordingly, Mr. Titus's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to

---

[1] Compl. (Doc. 2).

[2] Doc. 1.

[3] Order (Doc. 4).  The Order was entered by United States Magistrate Judge Benecia B. Moore.

[4] *Id.* at 2.

[5] *Id.* at 3–4.

[6] *Id.* at 4.

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying

Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

2